IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA SUE MCQUAIG                                                                                PLAINTIFF

V.                                           NO. 3:09CV00227 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## ORDER

The Commissioner's Motion to Substitute Counsel (docket entry #13) is GRANTED.

IT IS SO ORDERED this 23rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE