# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRENDA SUE MCQUAIG                                                           PLAINTIFF

V.                              NO. 3:09CV00227 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 24th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE